# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ALAN BOWES; JEFFREY BRADSTOCK; and MICHAEL CLIFFORD, | : : : | CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983 |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-1109-RWS |
| v. | : : | |
| COLONEL ALDER and COBB COUNTY ADULT DETENTION CENTER MEDICAL SERVICES, Defendants. | : : : : : | |

---

| | | |
|---|---|---|
| ALAN BOWES; JEFFREY BRADSTOCK; and MICHAEL CLIFFORD, | : : : | CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983 |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-1131-RWS |
| v. | : : | |
| COLONEL ALDER and COBB COUNTY ADULT DETENTION CENTER MEDICAL SERVICES, Defendants. | : : : : : | |

---

AO 72A
(Rev.8/82)

| | | |
|---|---|---|
| ALAN BOWES; JEFFREY BRADSTOCK; and MICHAEL CLIFFORD, | : : : : | CIVIL RIGHTS COMPLAINT 42 U.S.C. § 1983 |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:06-CV-1132-RWS |
| v. | : : | |
| COLONEL ALDER and COBB COUNTY ADULT DETENTION CENTER MEDICAL SERVICES, Defendants. | : : : : | |

## ORDER AND OPINION

Plaintiffs have submitted these three pro se civil rights actions. However, the latter two actions, Civil Action No. 1:06-CV-1131-RWS and Civil Action No. 1:06-CV-1132-RWS, are actually motions related to the claims found in Civil Action No. 1:06-CV-1109-RWS. Accordingly, this Court finds that these actions should be consolidated pursuant to Fed. R. Civ. P. 42(a).

Plaintiffs have not paid the $350.00 filing fee or submitted individual financial affidavits in support of a request for leave to file the action in forma pauperis. The United States Court of Appeals for the Eleventh Circuit has previously held that under the Prison Litigation Reform Act ("PLRA") it was proper for a district court to dismiss a civil action brought by multiple inmates who did not file separate actions and did not file separate requests to proceed in forma pauperis. Hubbard

2

v. Haley, 262 F.3d 1194, 1198 (11th Cir. 2001). In Hubbard, the district court dismissed without prejudice the initial multi-plaintiff complaint, opened separate actions for each of the named plaintiffs, and directed each plaintiff to file separate financial affidavits in support of a request to proceed in forma pauperis. Id. at 1195.

Guided by Hubbard, this Court will dismiss the instant action without prejudice and open a new civil rights action for each of the named Plaintiffs. Each Plaintiff shall be required to pay the $350.00 filing fee or to submit a separate request to proceed in forma pauperis.

The Clerk of the Court is **DIRECTED** to consolidate civil actions 1:06-CV-1131-RWS and 1:06-CV-1132-RWS with Bowes et al. v. Alder et al., Civil Action No. 1:06-CV-1109-RWS and to **ADMINISTRATIVELY CLOSE** civil actions 1:06-CV-1131-RWS and 1:06-CV-1132-RWS.

**IT IS ORDERED** that the instant, consolidated civil rights complaint is **DISMISSED WITHOUT PREJUDICE**. The motion for temporary restraining [Doc. 1 in former civil action 1:06-CV-1131-RWS] and motion for emergency correspondence [Doc. 1 in former civil action 1:06-CV-1132-RWS] are

3

**DISMISSED WITHOUT PREJUDICE.** Each Plaintiff may re-file his motions in his new civil rights action as described below.

The Clerk of Court is **DIRECTED** to **OPEN** a new civil rights action on behalf of each Plaintiff named in the instant action.

**IT IS FURTHER ORDERED** that each Plaintiff shall be individually responsible for the $350.00 filing fee. In the event a Plaintiff seeks <u>in forma pauperis</u> status, he must submit a completed financial affidavit and authorization form. Plaintiffs shall have thirty (30) days from the entry date of this Order either to pay the $350.00 filing fee or to submit a financial affidavit in support of a request for leave to proceed <u>in forma pauperis</u>. Plaintiffs are advised that failure to comply with this Order may result in their actions being dismissed.

The Clerk of Court is **FURTHER DIRECTED** to send each Plaintiff named in this action a financial affidavit, a copy of this Order, and information identifying their new, individual civil rights actions.

**IT IS SO ORDERED**, this  5th  day of June, 2006.

*[signature]*

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

4

AO 72A
(Rev.8/82)